Writer's Direct Contact:
908.333.6220 (Tel.)
908.333.6230 (Fax)
james.berg@piblaw.com
www.piblaw.com

# PARKER IBRAHIM & BERG LLP

August 17, 2026

Request GRANTED. The initial pretrial conference currently scheduled for August 27, 2026, along with the associated submission deadlines, shall be adjourned *sine die*, to be rescheduled, if necessary, following the Court's ruling on Chase's motion to dismiss.

Dated: August 18, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

**VIA CM/ECF**
Judge Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

**Re: Ratush v. JPMorgan Chase Bank, N.A.**
**Civil Action No.: 1:26-cv-04929-JLR**

Dear Judge Rochon:

This firm represents defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter. We write together with counsel for Plaintiff Edward Ratush ("Plaintiff") to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for August 27, 2026, at 2:30 pm.

In accordance with the Notice of Initial Pretrial Conference, the parties are to submit a proposed Civil Case Management Plan and Scheduling Order along with a joint letter to the Court no later than August 17, 2026. However, as discussed with counsel for Plaintiff, Chase intends to file a motion to dismiss Plaintiff's Amended Complaint which the parties believe will impact various deadlines set forth in the proposed Case Management Plan and Scheduling Order. As such the parties respectfully request the Court adjourn the Initial Pretrial Conference pending adjudication of the motion to dismiss.

This is the parties' first request to adjourn the Initial Pretrial Conference and there are no other scheduled appearances before the Court. We thank Your Honor for your time and consideration on this matter.

Respectfully submitted,

*/s/ James P. Berg*

James P. Berg

cc:
Barry M. Golden, Esq.
PITCOFF LAW GROUP, P.C.
230 Park Avenue, 3rd Floor West
New York, New York 10169
barry@pitcofflawgroup.com
*Attorneys for Plaintiff,*
Edward Ratush, M.D.